UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-160 ADM/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST FOR TRAVEL |
| | ) | AUTHORIZATION |
| RODERICK BERNARD HIGHELK, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the defendant, Roderick Bernard Highelk, through his attorney, Katherine M. Menendez, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Highelk was ordered to appear in the District of Minnesota at Minneapolis for a final revocation hearing on a supervised release violation before U.S. District Judge Ann D. Montgomery on November 3, 2004, in Minneapolis. He was without funds to accomplish that travel as he has been found indigent by the court, and requests the Court to authorize the Marshal to expend such funds.

Dated: November 3, 2004

Respectfully submitted,

*s/ Katherine Menendez*

Katherine M. Menendez
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415