IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>RODERICK BERNARD HIGHELK,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Ann D. Montgomery<br>U.S. District Judge<br><br>Case No: 01cr160(ADM/RLE) 1<br>Date: November 3, 2004<br>Court Reporter: Tim Willette<br>Time Commenced: 1:30 p.m.<br>Time Concluded: 1:45 p.m.<br>Time in Court: 15 Minutes |

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Kate Menendez

## PROCEEDINGS:

**Hearing on Supervised Release violation. Defendant admits violation and waives an evidentiary hearing.**

## ORDERED:

**Based upon an agreement of the parties and having reviewed the case, the court finds that no additional sanctions need to be imposed and the defendant shall continue on supervised release as originally imposed. No order will be issued.**

s/Gertie Simon
Courtroom Deputy