UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-160 ADM/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER FOR REIMBURSEMENT OF |
| v. | ) TRANSPORTATION EXPENSES |
| | ) PURSUANT TO 18 U.S.C. § 4285 |
| RODERICK BERNARD HIGHELK | ) |
| | ) |
| Defendant. | ) |

The Court having held Defendant to answer in the United States District Court in Minneapolis for the District of Minnesota and finding that the defendant is financially unable to provide the necessary transportation to appear before the Court,

IT WAS ORDERED that the defendant appear before U.S. District Judge Ann D. Montgomery at 1:30 p.m. on November 3, 2004, in Minneapolis.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation reimbursement for his previous appearance before the Court, transportation reimbursement for his return home to White Earth after said court hearing (470 miles round trip), and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Dated: November 4, 2004

s/J. Earl Cudd
Honorable J. Earl Cudd
United States Magistrate Judge